UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-23390 KMW

SEA COAST SHIPPING CO, INC.

           Plaintiff,

vs.

WESTERN SURETY COMPANY,

           Defendants

_____/

## NOTICE OF VOLUNTARY DISMISSAL

      Plaintiff, SEA COAST SHIPPING CO, INC., by and through undersigned counsel, and

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice of the voluntary

dismissal, without prejudice, of the above styled action against WESTERN SURETY

COMPANY.

Dated November 9, 2022

      .

                                      s/ Robert Ader_____
                                        ROBERT ADER, ESQ.
                                        Florida Bar No. 335126
                                        ELIZABETH B. HITT, ESQ.
                                        Florida Bar No. 176850
                                        ADER & HITT, P.A.
                                        *Attorneys for Defendant*
                                        Midtown Office Lofts – Suite 218
                                        3401 North Miami Avenue
                                        Miami, Florida 33127
                                        Telephone: (305) 371-6060
                                        Primary Emails:    rader@aderhittlaw.com
                                                                   ehitt@aderhittlaw.com
                                        Secondary Email    aderlaw@aol.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or that no counsel of record or pro se parties have been identified or appeared in this case.

s/ Robert Ader_____